UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JORGE FERNANDEZ, | Case No. 1:19-cv-01220-JLT (PC) |
|---|---|
| Plaintiff, | **FINDINGS AND RECOMMENDATIONS TO DISMISS DEFENDANT** |
| v. | |
| SATTERFIELD, et al., | 14-DAY DEADLINE |
| Defendants. | Clerk of Court to assign a District Judge |

The Court screened Plaintiff's complaint (Doc. 1) and found that it states cognizable retaliation claims against Eslick, Jackson, Salazar, and Satterfield, but not against Flores. (Doc. 13.) The Court directed Plaintiff to file a first amended complaint curing the deficiencies identified in its order or notify the Court that he wishes to proceed only the claims found cognizable. (*Id.*)

In response to the Court's screening order, Plaintiff filed a notice that he declines to file an amended complaint and instead seeks to proceed on his claims against "Satterfield, Eslick, Jackson, and C. Salzer."[1] (Doc. 14.) For this reason, and for the reasons set forth in the Court's screening order (Doc. 13), the Court RECOMMENDS that Flores be DISMISSED as a defendant. The Court DIRECTS the Clerk of the Court to assign a District Judge to this action.

///

---

[1] Plaintiff states that he misspelled Salzer's name as Salazar in his complaint. (*See* Doc. 14.)

| | |
|---|---|
| 1 | These Findings and Recommendations will be submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 14 days of the date of service of these Findings and Recommendations, Plaintiff may file written objections with the Court. The document should be captioned, "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may result in waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)). |

IT IS SO ORDERED.

Dated: **February 27, 2020**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE