**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JORGE FERNANDEZ,<br><br>             Plaintiff,<br><br>    v.<br><br>SATTERFIELD, et al.,<br><br>             Defendants. | Case No. 1:19-cv-01220-DAD-BAK (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR AN EARLY SETTLEMENT CONFERENCE**<br><br>(ECF No. 60) |

On November 8, 2021, the Court issued an order staying this case and referring it to alternative dispute resolution. (ECF No. 55.) On December 16, 2021, Defendants filed a notice indicating that an early settlement conference would not be productive at this time. (ECF No. 56.) Therefore, the Court lifted the stay and issued a discovery and scheduling order on December 20, 2021. (ECF Nos. 57-58.)

On January 11, 2022, Plaintiff filed a document titled, "Request for Early Neutral Evaluation Conference." (ECF No. 60.) Upon review of the document, the Court construes it as a request for an early settlement conference. Because the Court just recently lifted the stay of this matter due to Defendants' position that an early settlement conference would be unproductive, the Court DENIES Plaintiff's motion.

///

///

1     The Court may consider setting a settlement conference at a later date, if appropriate.

3   IT IS SO ORDERED.

4   Dated:  **January 27, 2022**          /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE