# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE FERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SATTERFIELD, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-01220-DAD-BAK (EPG) (PC)<br><br>**ORDER MODIFYING DISCOVERY AND SCHEDULING ORDER**<br><br>(ECF No. 62) |

On December 20, 2021, the Court issued a Discovery and Scheduling Order in this matter. (ECF No. 58.) On March 15, 2022, Defendants filed a Motion to Modify the Scheduling Order Re Exhaustion Deadline. (ECF No. 62.) The time for Plaintiff to file a response has not yet passed, *see* Local Rule 230(l); however, the Court deems one unnecessary because it finds good cause to grant Defendants' request.

Counsel for Defendants contends he began preparing a motion for partial summary judgment for a failure to exhaust administrative remedies following issuance of the Court's discovery and scheduling order and transmitted a supporting declaration to be signed by the Chief of the California Department of Corrections and Rehabilitations Office of Appeals (OOA) on February 24, 2022. (ECF No. 62 at 3 & 5-6, ¶ 3.) However, he was advised by the OOA "that it will be unable to process, review and sign the declaration before the March 18, 2022, deadline for filing an exhaustion motion." (*Id*. at 3-4 & 5-6, ¶ 3.) Defendants contend the OOA declaration is

crucial to the motion for partial summary judgment because it would establish Plaintiff failed to exhaust his claims to the highest level of review as required, a meritorious defense to most, but not all, of the claims asserted by Plaintiff. (*Id*. at 3-4) Defendants contend the filing of an exhaustion motion will further the interests of judicial economy, that Plaintiff will not be prejudiced by their request, and that good cause exists to extend the deadline to file an exhaustion motion by thirty days to April 17, 2022. (*Id*. at 4.) Defendants have not sought to modify any other deadline, nor have they previously moved to do so.

     Good cause appearing, Defendants' Motion to Modify the Scheduling Order re Exhaustion Deadline (ECF No. 62) is GRANTED. The Exhaustion Motion Deadline, previously set for March 20, 2022, is extended to April 19, 2022.

IT IS SO ORDERED.

Dated:   **March 18, 2022**                             /s/ Erica P. Grosjean
                                                   UNITED STATES MAGISTRATE JUDGE