UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE FERNANDEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>SATTERFIELD, et al.,<br><br>    Defendants. | Case No. 1:19-cv-01220-DAD-BAK (EPG) (PC)<br><br>**ORDER REQUIRING RESPONSE TO MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**30-DAY DEADLINE** |

Plaintiff Jorge Fernandez ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action.

On April 19, 2022, Defendants Bick, Boyette, Darby, Eslick, Flores, Salzer, and Satterfield ("Defendants") filed a motion for partial summary judgment for Plaintiff's failure to exhaust administrative remedies. (ECF No. 64.) Pursuant to Local Rule 230(l), and as explained in Defendants' Notice of Motion (*id.* at 2), Plaintiff had 21 days to file an opposition or a statement of non-opposition to Defendants' motion for partial summary judgment. Although more than the provided time has passed, Plaintiff has failed to do so.[1]

While a motion for summary judgment cannot be granted by default, *Heinemann v. Satterberg*, 731 F.3d 914, 916 (9th Cir. 2013), the Court does have other options when a party

---

[1] Also pending before the Court is Defendants' motion to compel production of documents from Plaintiff (ECF No. 65) filed May 19, 2022.

fails to respond. For example, if Plaintiff fails to respond, the Court may treat the facts asserted by Defendants as "undisputed for purposes of the motion." Fed. R. Civ. P. 56(e)(2). Alternatively, if Plaintiff fails to oppose the motion or file a statement of non-opposition, the Court may recommend that this case be dismissed for failure to prosecute and failure to comply with a court order. At this time, the Court will not impose any sanctions or treat the facts asserted by Defendants as undisputed.

Accordingly, based on the foregoing, IT IS HEREBY ORDERED that:

1. **Within 30 days** from the date of service of this order, Plaintiff shall file an opposition or a statement of non-opposition to Defendants' motion for partial summary judgment;
2. If Plaintiff fails to comply with this order, in ruling on Defendants' motion for partial summary judgment the Court may treat the facts asserted by Defendants in the motion for partial summary judgment as undisputed. Alternatively, the Court may recommend that this case be dismissed for Plaintiff's failure to prosecute and failure to comply with a court order.

IT IS SO ORDERED.

Dated:   **May 27, 2022**              /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE