|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JORGE FERNANDEZ, | No. 1:19-cv-01220-ADA-BAK (EPG) (PC) |
|---|---|
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION FOR FAILURE TO PROSECUTE AND FAILURE TO OBEY COURT ORDERS |
| SATTERFIELD, et al., | |
| Defendants. | (ECF No. 70) |

Plaintiff Jorge Fernandez ("Plaintiff") is a state prisoner, proceeding *pro se* and *in forma pauperis*, in this civil rights action. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 22, 2022, the assigned Magistrate Judge issued findings and recommendations to dismiss this action for Plaintiff's failure to prosecute and failure to obey court orders. (ECF No. 70.) Plaintiff had fourteen (14) days from the date of service of the findings and recommendations to file any objections. (*Id.* at 5.) Plaintiff did not file any objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

///

///

Accordingly,

1. The findings and recommendations issued on August 22, 2022, (ECF No. 70), are ADOPTED in full;
2. This action is DISMISSED, without prejudice, for Plaintiff's failure to prosecute and failure to obey court orders; and
3. The Clerk of the Court is directed to close this case and to terminate any pending motions.

IT IS SO ORDERED.

Dated:  October 5, 2022

UNITED STATES DISTRICT JUDGE

2